UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-2690 (DSD/EMB)

Tou Vang,

    Petitioner,

v.                          **ORDER**

Jared Rardin,

    Respondent.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Elsa M. Bullard dated September 22, 2025 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 18] is adopted;

2. The petition [ECF No. 1] is denied; and

3. This action is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 9, 2025

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court